# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TRI-OUTDOOR, INC.,

               Petitioner

        v.

LUCAS KEYSER AND DEED HOLDING
COMPANY, A PENNSYLVANIA LIMITED
LIABILITY CORPORATION AND MANOR
SIGNS 6, LLC,

               Respondents

:  No. 202 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.